**OFFICE OF THE STATE'S ATTORNEY**
COOK COUNTY, ILLINOIS

KIMBERLY M. FOXX
STATE'S ATTORNEY

500 Richard J. Daley Center
CHICAGO, ILLINOIS 60602

PAUL A. CASTIGLIONE
ASSISTANT STATE'S ATTORNEY

WRITER'S DIRECT LINE:
(312) 603-5440

WRITER'S E-MAIL ADDRESS:
PAUL.CASTIGLIONE@COOKCOUNTYIL.GOV

WRITER'S DIRECT FAX:
(312) 603-3000

September 12, 2018

Mr. Gino J. Agnello
Clerk, United States Court of Appeals
for the Seventh Circuit
Room 2722
219 South Dearborn Street
Chicago, Illinois 60604

Re: *Courthouse News Service v. Brown*, 18-1230

Dear Mr. Agnello:

Pursuant to Federal Rule of Appellate Procedure 28(j) and Circuit Rule 28(e), Circuit Clerk Brown cites *Courthouse News Service v. Yamasaki*, 312 F. Supp. 3d 844 (C.D. Cal. 2018) and *Courthouse News Service v. Yamasaki*, 2018 U.S. Dist. LEXIS 136622 (C.D. Cal. August 10, 2018) (Guilford, J.) as supplemental authority in the aforementioned appeal.

In the present appeal, plaintiff Courthouse News Service has argued that it has a right under the First Amendment to have immediate and instantaneous access to complaints filed in the Circuit Court of Cook County, Illinois. In *Yamasaki*, the district court rejected this argument and held that "[t]he public doesn't have a right to access new civil complaints on the same day the Orange County Superior Court receives them." *Yamasaki*, 312 F. Supp. 3d at 877.

In addition, the district court found that "[o]n average, OCSC provided access to 97.52% of new complaints within one *court* day . . ." *Yamasaki*, 2018 U.S. Dist. LEXIS 136622 at *8 (emphasis in the original).

Here, plaintiff Courthouse News Service admits that 2,063 electronically submitted complaints were posted on the same day or the next day within the June 2, 2017 to September 30, 2017 time period. Of the 2,414 complaints submitted electronically within the June 2, 2017 to September 30, 2017 time period, 2194 (or 90.9%) were filed within one business day after submission. 2,287 (or 94.7%) were filed within two business days after submission. 2,337 (or 96.8%) were filed within three business days after submission. (R. 7-5, pages 33 through 130 of 152.)

Respectfully submitted,

s/Paul Castiglione
Paul A. Castiglione
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois 60602

CERTIFICATE OF SERVICE

I, Paul A. Castiglione, Assistant State's Attorney, hereby certify that on September 12, 2018, I electronically filed the foregoing letter with the Clerk of the United States Court of Appeals for the Seventh Circuit using the CM/ECF system which will send notification of such filing to the persons listed as counsel of record on the Clerk’s website.

/s/ Paul A. Castiglione